| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____     Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | Fizzics Group, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FDBA  Fizzics Group LLC |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-1422107 |

| | | | |
| --- | --- | --- | --- |
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **30 W. Bridge Street**<br>**New Hope, PA 18938**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Bucks**<br>County | **Location of principal assets, if different from principal place of business**<br>**41 Simon Street, Suite 21 Nashua, NH 03060**<br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | **www.fizzics.com** |

| | | |
| --- | --- | --- |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Fizzics Group, Inc.**_____         Case number (*if known*) _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **Fizzics Group, Inc.**                                     Case number (*if known*) _____
        Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 3

Debtor   **Fizzics Group, Inc.** _____   Case number (*if known*) _____
       Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 12, 2019**
       MM / DD / YYYY

X _Thomas Steckbeck_ (signature)     **Thomas Steckbeck**
Signature of authorized representative of debtor      Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**   X _____     Date **March 12, 2019**
Signature of attorney for debtor                                       MM / DD / YYYY

**David M. Klauder**
Printed name

**Bielli & Klauder, LLC**
Firm name

**1204 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-803-4600**     Email address   **dklauder@bk-legal.com**

**5769 DE**
Bar number and State

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## FIZZICS GROUP, INC.

March 12, 2019

**WHEREAS**, the undersigned, representing all of the directors of Fizzics Group, Inc. (the "Company"), a corporation formed and existing under the laws of the state of Delaware, hereby adopt the following resolutions by written consent;

**WHEREAS**, the Board of Directors (the "Board") of the Company, having considered the financial and operational conditions and strategic alternatives of the Company, and having reviewed, considered and received the recommendation of senior management to the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company including, without limitation, the possibility of pursuing financial reorganization with respect to the Company's business and assets under chapter 11 of the United States Code (the "Bankruptcy Code"), has determined that it is desirable and in the best interests of the Company and its affiliated entities, creditors, shareholders, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

**NOW, THEREFORE, BE IT**

### Chapter 11 Case

**RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

**RESOLVED**, that members of the board of directors of the Company (the "Board"), the Company's officers, and any other person designated and so authorized to act by a director or officer of the Company (each an "Authorized Person" and, collectively, the "Authorized Persons") hereby are, and each of them is, authorized and empowered to: (i) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of the Company's chapter 11 petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (ii) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 11 case; (iii) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (iv) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

## Retention of Advisors

**RESOLVED**, that the law firm of Bielli & Klauder, LLC, be and hereby is employed as attorneys for the Company in the Company's chapter 11 case, subject to approval by the Bankruptcy Court;

**RESOLVED**, that the Authorized Persons be, and hereby are, authorized and empowered to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, investment bankers, and other professionals, subject to approval by the Bankruptcy Court, and to perform any and all further acts and deeds the Authorized Persons deem necessary, proper, or desirable in furtherance thereof with a view to the successful prosecution of the Company's chapter 11 case;

**RESOLVED**, that the acts, actions and transactions taken by the officers or the Board or any other Authorized Person taken prior to the date of the foregoing resolutions adopted at this meeting and within the authority conferred, are hereby ratified, confirmed, and approved in all respects as the act and deed of the Company.

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the date first above written.


DIRECTORS OF FIZZICS GROUP, INC.


Thomas Steckbeck


David McDonald

2

Fill in this information to identify the case:

Debtor name **Fizzics Group, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Warshaw Burstein LLP 555 Fifth Avenue New York, NY 10017** | **mlee@wbny.com** | **Legal** | | | | **$160,504.00** |
| **Brookstone Purchasing Inc. One Innovation Way Merrimack, NH 03054** | **npisarsky@brookstone.com** | **Vendor** | | | | **$145,915.12** |
| **Cohesion USA Inc. 147-39 175th Street, Suite 188 Jamaica, NY 11434** | **elizabeth.gebert@cglcohesion.com** | **Freight Forwarder** | **Contingent** | | | **$133,195.78** |
| **M Block & Sons 5020 W 73rd Street Chicago, IL 60638** | **ed.roels@mblock.com** | **Vendor** | | | | **$128,908.85** |
| **Reliant Funding 525 Broadhollow Road Melville, NY 11747** | **jmadvig@reliantfunding.com** | **ACH Loan** | **Unliquidated** | | | **$93,000.00** |
| **Blue Water Ventures Two, LLC 1301 Dearborn Street Chicago, IL 60610** | **pwall@foryoureaseonly.com** | **Commisions** | **Disputed** | | | **$75,775.00** |
| **Englewood Marketing Group 1471 Partnership Drive Green Bay, WI 54304** | **sluedke@emg-usa.com** | **Vendor** | | | | **$64,894.00** |
| **By & Large LLC 140 Maple Avenue Red Bank, NJ 07701** | **harris@byandlg.com** | **Agency** | | | | **$64,528.93** |
| **Fusion Fulfillment LLC 1121 Industrial Parkway Brick, NJ 08724** | **rgottlieb@fusionfulfillment.com** | **Warehouse/Fulfillment** | **Unliquidated** | | | **$50,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fizzics Group, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mazars USA LLP**<br>**135 West 50th Street**<br>**New York, NY 10020** | info@mazarusa.com | **Consultants** | | | | **$40,118.48** |
| **Bank of America Business Card**<br>**PO Box 15796**<br>**Wilmington, DE 19886** | **800-520-5019** | **Credit Card** | | | | **$37,500.00** |
| **MicroTips Technology USA**<br>**12F No. 31 Lane 169 Kang Ning St.**<br>**Hsi-Chih, Taipei Hsien, Taiwan ROC** | steven@microtips.com | **Factory - Waytap** | | | | **$37,148.76** |
| **ISGS Limited**<br>**20 Luard Road Dannies House, Room 301 3/F**<br>**Wan Chai, Hong Kong** | isgsltd@gmail.com | **Factory** | | | | **$28,476.54** |
| **Shopify Capital**<br>**150 Elgin Street Ottawat, Ontario Canada K2P1L4** | legal@shopify.com | **Shopify Advance** | **Unliquidated** | | | **$24,000.00** |
| **Cincinnati Insurance**<br>**PO Box 145620**<br>**Cincinnati, OH 45250-5650** | **513-881-8861** | **Insurance** | | | | **$14,367.00** |
| **Target Stores Inc.**<br>**1000 Nicollett Mall Minneapolis, MN 55403** | targetaudit@prgx.com | **Chargebacks** | | | | **$11,408.00** |
| **Aspen Insurance Agency**<br>**40 Stark Street Manchester, NH 03101** | lyndsay.lee@optisure.com | **Insurance** | | | | **$5,180.90** |
| **Bevilacqua PLLC**<br>**1050 Connecticut Avenue, NW Washington, DC 20036** | lou@bevilacquapllc.com | **Legal** | | | | **$4,532.50** |
| **ORCA**<br>**4700 S. Mill Avenue, Suite 5**<br>**Tempe, AZ 85282** | julie@orcapr.com | **Public Relations** | | | | **$3,000.00** |
| **Cantilever, Inc.**<br>**4 Centennial Ave, Apt 4B**<br>**Cranford, NJ 07016** | chris@cantilver.com | **Online Store Maintenance** | | | | **$2,600.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Fizzics Group, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 12, 2019**        X _Thomas Steckbeck_ (signature)
                                         Signature of individual signing on behalf of debtor

**Thomas Steckbeck**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

FIZZICS GROUP, INC.
30 W. BRIDGE STREET
NEW HOPE, PA 18938

.

DAVID M. KLAUDER
BIELLI & KLAUDER, LLC
1204 N. KING STREET
WILMINGTON, DE 19801

ALTUS GLOBAL TRADE SOLUTIONS
2400 VETEMAS MEMORIAL BLVD
KENNER, LA 70062

ASPEN INSURANCE AGENCY
40 STARK STREET
MANCHESTER, NH 03101

BANK OF AMERICA BUSINESS CARD
PO BOX 15796
WILMINGTON, DE 19886

BEVILACQUA PLLC
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

BLUE WATER VENTURES TWO, LLC
1301 DEARBORN STREET
CHICAGO, IL 60610

BROOKSTONE PURCHASING INC.
ONE INNOVATION WAY
MERRIMACK, NH 03054

BY & LARGE LLC
140 MAPLE AVENUE
RED BANK, NJ 07701

CANTILEVER, INC.
4 CENTENNIAL AVE, APT 4B
CRANFORD, NJ 07016

CINCINNATI INSURANCE
PO BOX 145620
CINCINNATI, OH 45250-5650

COHESION USA INC.
147-39 175TH STREET, SUITE 188
JAMAICA, NY 11434

COOK LITTLE ROSENBLATT & MANSON
100 ELM STREET, 20TH FLOOR
MANCHESTER, NH 03101

ENGLEWOOD MARKETING GROUP
1471 PARTNERSHIP DRIVE
GREEN BAY, WI 54304

EULER HERMES COLLECTIONS
800 RED BROOK BLVD, SUITE 400C
OWINGS MILLS, MD 21117

FUSION FULFILLMENT LLC
1121 INDUSTRIAL PARKWAY
BRICK, NJ 08724

HOI POLLOI LLC
41 NORTH MAIN STREET
NEW HOPE, PA 18938

ISGS LIMITED
20 LUARD ROAD
DANNIES HOUSE, ROOM 301 3/F
WAN CHAI, HONG KONG

M BLOCK & SONS
5020 W 73RD STREET
CHICAGO, IL 60638

MAZARS USA LLP
135 WEST 50TH STREET
NEW YORK, NY 10020

MICROTIPS TECHNOLOGY USA
12F NO. 31 LANE 169
KANG NING ST.
HSI-CHIH, TAIPEI HSIEN, TAIWANR

ORCA
4700 S. MILL AVENUE, SUITE 5
TEMPE, AZ 85282

RELIANT FUNDING
525 BROADHOLLOW ROAD
MELVILLE, NY 11747

SHOPIFY CAPITAL
150 ELGIN STREET
OTTAWAT, ONTARIO
CANADA K2P1L4

TANGUAY AVE, LLC
41 SIMON STREET
NASHUA, NH 03060

TARGET STORES INC.
1000 NICOLLETT MALL
MINNEAPOLIS, MN 55403

WARSHAW BURSTEIN LLP
555 FIFTH AVENUE
NEW YORK, NY 10017

# United States Bankruptcy Court
## District of Delaware

In re   **Fizzics Group, Inc.**                                                    Case No.
                                    Debtor(s)                                       Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 12, 2019**

Thomas Steckbeck/Chief Executive Officer
Signer/Title

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy