**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FIZZICS GROUP, INC.,[1] | Case No. 19-10545 (KBO) |
| Debtor. | **Re: Docket No. 120** |

**ORDER (I) APPROVING THE DISCLOSURE STATEMENT; (II) SCHEDULING A HEARING ON PLAN CONFIRMATION AND DEADLINES RELATED THERETO; (III) APPROVING SOLICITATION, NOTICE, AND TABULATION PROCEDURES AND FORMS RELATED THERETO, AND (IV) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtor and debtor in possession (the "**Debtor**") for entry of an order (this "**Disclosure Statement Approval and Procedures Order**") (i) approving the *Amended Disclosure Statement With Respect to Amended Plan of Reorganization of the Debtor Pursuant to Chapter 11 of the Bankruptcy Code* (including all exhibits thereto and as amended, supplemented, or otherwise modified from time to time, the "**Disclosure Statement**"); (ii) scheduling a hearing (the "**Confirmation Hearing**") to consider confirmation of the *Amended Plan of Reorganization of the Debtor Pursuant to Chapter 11 of the Bankruptcy Code* (including all exhibits thereto and as amended, supplemented, or otherwise modified from time to time, the "**Plan**"); (iii) approving the solicitation, notice, and tabulation procedures related to solicitation of the Plan and the forms related thereto; and (iv) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29,

---

[1] The last four numbers of the Debtor's tax identification number are 2107. The Debtor's corporate address is 41 Simon Street, Suite 21, Nashua, NH 03060.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY FOUND THAT:

    A.    The Debtor has all necessary authority to propose and prosecute the Plan and the Disclosure Statement.

    B.    The Debtor has provided adequate notice of the Motion and the time fixed for filing objections thereto, and no other or further notice need be provided with respect to the Motion.

    C.    The period, set forth below, during which the Debtor may solicit the Plan is a reasonable and adequate period of time under the circumstances for creditors entitled to vote to make an informed decision to accept or reject the Plan, including to make an informed decision to object to the Plan.

    D.    The notice substantially in the form attached hereto as <u>Exhibit A</u> (the "**Confirmation Hearing Notice**"), and the procedures set forth below for providing such notices to known and unknown creditors and interest holders the time, date, and place of the

Confirmation Hearing, and the contents of the Confirmation Hearing comply with Bankruptcy Rules 2002 and 3017 and Local Rule 3017-1 and constitute sufficient notice to all interested parties.

       E.      The procedures for solicitation and tabulation of votes to accept or reject the Plan (as more fully set forth in the Motion and in this Order below) provide for a fair and equitable process, and are consistent with Bankruptcy Code section 1126. The form of the Ballots attached hereto as Exhibit B are sufficiently consistent with Official Form No. 314, adequately address the particular needs of the Chapter 11 Case, and are appropriate for the Impaired Classes to vote to accept or reject the Plan.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

       1.      The Motion is GRANTED as set forth herein.

       2.      The Disclosure Statement is approved under Bankruptcy Code section 1125, Bankruptcy Rule 3017, and Local Rule 3017-1. Any objections to the adequacy of the information contained in the Disclosure Statement are overruled.

       3.      The Confirmation Schedule is approved in its entirety, unless otherwise modified herein.

       4.      The Confirmation Hearing is scheduled for **January 23, 2020 at 10:00 a.m. (Eastern Time)**. The deadline to file objections to confirmation of the Plan is **January 17, 2020 at 4:00 pm. (Eastern Time)** (the "**Objection Deadline**"). The Confirmation Hearing may be continued from time to time by the Court or the Debtor, without further notice other than adjournments announced in open court.

       5.      Objections to the confirmation of the Plan, if any, must:

           a.      be in writing;

           b.      conform to the Bankruptcy Rules and Local Rules;

      c.      state the name and address of the objecting party and the amount and nature of the Claim or Equity Interest held by such entity;

      d.      state with particularity the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and

      e.      be filed, together with a proof of service, with the Court and served so that they are **actually received** by the following parties **on or prior to the Objection Deadline**: (i) counsel for the Debtor: Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801 (Attn: David M. Klauder, Esq.); and (ii) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn: David Buchbinder, Esq.).

6.      The Confirmation Hearing Notice, in substantially the form attached hereto as Exhibit A, complies with the requirements of Bankruptcy Rules 2002(b), 2002(d), and 3017(d) and Local Rule 3017-1 and is approved in all respects. The Confirmation Hearing Notice shall be served upon the holders of Claims and Equity Interests in the Impaired Classes (as part of the Solicitation Package), holders of Claims and Equity Interests in the Unimpaired Classes, and all parties requesting notice pursuant to Bankruptcy Rule 2002 within three (3) days of the entry of this Order.

7.      The Debtor shall transmit a package (the "**Solicitation Package**") containing, among other materials, (a) the Plan (either in paper copy or on a disk in PDF Format), (b) the Disclosure Statement (either in paper copy or on a disk in PDF Format), (c) an appropriate Ballot, (d) the Confirmation Hearing Notice, and (e) this Order (on a disk in PDF Format) to holders of Claims and Equity Interest in the Impaired Classes within three (3) business days following entry of this Order.

8.      As part of the Solicitation Package, the Debtor shall distribute to creditors entitled to vote on the Plan a Ballot based on Official Form No. 314, modified to address the particular circumstances of this Chapter 11 Case and to include certain additional information that the

Debtors believe to be relevant and appropriate for the Voting Class to vote to accept or reject the Plan. The form of Ballots attached hereto as Exhibit B are hereby approved.

9. The deadline to submit Ballots to accept or reject the Plan shall be **January 17, 2020 at 4:00 p.m. (Eastern Time)** (the "**Voting Deadline**").

10. Ballots shall be transmitted by mail, as part of the Solicitation Package, to the record holders of Claims in the Impaired Classes. All holders of Claims and Equity Interests will not be provided with a Ballot because such holders are either unimpaired and presumed to accept the Plan or are impaired and will receive no recoveries under the Plan and are presumed to reject the Plan.

11. The procedures set forth in the Motion for effectively casting a ballot are hereby approved in their entirety. In order to cast a Ballot, parties must fully complete and execute the Ballot, and return it by first class mail, over-night courier or hand-delivery to the Debtor's counsel so that such Ballot is **actually received** by Debtor's counsel on or before the Voting Deadline.

12. Ballots otherwise sent by facsimile, telecopy, electronic mail, or other form of electronic submission will **not** be accepted. Only properly completed, executed and timely submitted Ballots will be accepted.

13. The following Ballots shall not be counted in tabulating votes cast to accept or reject the Plan: (a) any Ballot that is illegible or contains insufficient information to permit the identification of the holder of the Claim; (b) any Ballot submitted by a party that does not hold a Claim in a Class that is entitled to vote; (c) any unsigned Ballot; and (d) any Ballot not marked to either accept or reject the Plan.

14. The record date for determining which holders of Claims and Equity Interests are to be served with the Solicitation Package and the Confirmation Hearing Notice shall be the date on which this Order is entered (the "**Record Date**").

15. The Solicitation Procedures are hereby approved in their entirety, provided that the Debtor may reserve the right to amend or supplement the Solicitation Procedures to better facilitate the confirmation process.

16. The Solicitation Procedures for service of the Solicitation Package, the Confirmation Hearing Notice set forth in the Motion satisfy the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

17. The Debtor is authorized to make non-substantive changes to the Plan Documents without further order of the Court. Permitted, non-substantive changes include, without limitation, changes to correct typographical and grammatical errors and to make conforming changes among the Plan Documents, the Ballot, and the Confirmation Hearing Notice.

18. The Debtor is authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this order in accordance with the Motion.

19. The terms and conditions of this Disclosure Statement Approval and Procedures Order shall be immediately effective and enforceable upon entry hereof.

20. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Disclosure Statement Approval and Procedures Order.

Dated: December 20th, 2019
Wilmington, Delaware

*Ka B. O___*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**