# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FIZZICS GROUP, INC.,[1] | Case No. 19-10545 (KBO) |
| Debtor. | **Re: Docket No. 123, 124, 132** |

## CERTIFICATION OF COUNSEL REGARDING ORDER CONFIRMING THE FIRST AMENDED PLAN OF REORGANIZATION OF THE DEBTOR PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

I, David M. Klauder, Esquire, of Bielli & Klauder, LLC, counsel to the Debtor, hereby certify the following:

On December 16, 2019, the Debtor filed its *First Amended Plan of Reorganization of the Debtor Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 123] (the "Amended Plan"), and *Amended Disclosure Statement with Respect to the Amended Plan of Reorganization of the Debtor Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 124] (the "Amended Disclosure Statement").

On December 20, 2019, the Court entered an *Order (I) Approving the Disclosure Statement; (II) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; (III) Approving Solicitation, Notice, and Tabulation Procedures and Forms Related Thereto; and (IV) Granting Related Relief* [D.I. 132] (the "**Disclosure Statement Approval and Procedures Order**").

As discussed at the January 23rd, 2020 confirmation hearing, the revised proposed Confirmation Order is attached hereto as Exhibit 1. A redlined copy of the revised proposed order is attached hereto as Exhibit 2. The US Trustee's Office has reviewed said Order and indicates no

---

[1] The last four numbers of the Debtor's tax identification number are 2107. The Debtor's corporate address is 41 Simon Street, Suite 21, Nashua, NH 03060.

objection. Debtor respectfully requests that the Court enter the attached Order at its earliest convenience.

It is hereby respectfully requested that the proposed order attached hereto as Exhibit 1 be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: January 23, 2020<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Fax: (302) 397-2557<br>Email: dklauder@bk-legal.com<br><br>*Counsel to the Debtor and Debtor-In-Possession* |